# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| TYLER PULLING, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 7:20cv00482 |
| | ) |
| v. | ) **MEMORANDUM OPINION** |
| | ) |
| CHRISTOPHER ARMS, *et al.*, | ) By: Hon. Thomas T. Cullen |
| | ) United States District Judge |
| Defendants. | ) |

Plaintiff Justin Evans, proceeding *pro se*, filed a civil rights complaint[1] pursuant to 42 U.S.C. § 1983. On August 18, 2020, the Court directed Evans to submit—within 20 days from the date of the order—a statement of assets, an inmate account form, and a certified copy of his trust account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official at each prison at which he is or was confined during that six-month period. (ECF No. 6.) The Court further advised Evans that a failure to comply would result in dismissal of his action without prejudice.

More than 20 days have elapsed, and Evans has failed to comply with the described conditions. Accordingly, the Court will dismiss Evans's action without prejudice. Evans may refile his claims in a separate action when he is prepared to comply with the noted conditions.

---

[1] Evans was one of several plaintiffs who filed the action. This opinion and accompanying Order are directed only to Evans.

The clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to Evans.

**ENTERED** this 24th day of September, 2020.

_____
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE