# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| TYLER PULLING, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 7:20cv00482 |
| v. | ) ) ) | **MEMORANDUM OPINION** |
| CHRISTOPHER ARMS, *et al.*, | ) ) ) | By: Hon. Thomas T. Cullen<br>United States District Judge |
| Defendants. | ) | |

Plaintiff Tyler Pulling, proceeding *pro se*, filed a civil rights complaint[1] pursuant to 42 U.S.C. § 1983. On August 31, 2020, the court directed Pulling to submit—within 20 days from the date of the order—the consent to filing fee form in order to complete the application to proceed without prepayment of the filing fee. (ECF No. 10.) The court advised Pulling that a failure to comply would result in dismissal of his action without prejudice.

More than 20 days have elapsed, and Pulling has failed to comply with the described conditions. Accordingly, the court will dismiss Pulling's action without prejudice. Pulling may refile his claims in a separate action when he is prepared to comply with the noted conditions.

---

[1] Pulling was one of several plaintiffs who filed the action. This opinion and accompanying Order are directed only to Pulling.

The clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to Pulling.

**ENTERED** this 29th day of September, 2020.

_____
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE