# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| TYLER PULLING, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 7:20cv00482 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| CHRISTOPHER ARMS, *et al.*, ) | By: Hon. Thomas T. Cullen |
| ) | United States District Judge |
| Defendants. ) | |

Plaintiff Angel Cartagena, proceeding *pro se*, filed a civil rights complaint[1] pursuant to 42 U.S.C. § 1983. On August 31, 2020, the court directed Cartagena to submit—within 20 days from the date of the order—the consent to filing fee form in order to complete the application to proceed without prepayment of the filing fee. (ECF No. 10.) The court advised Cartagena that a failure to comply would result in dismissal of his action without prejudice.

More than 20 days have elapsed, and Cartagena has failed to comply with the described conditions. Accordingly, the court will dismiss Cartagena's action without prejudice. Cartagena may refile his claims in a separate action when he is prepared to comply with the noted conditions.

---

[1] Cartagena was one of several plaintiffs who filed the action. This opinion and accompanying Order are directed only to Cartagena.

The clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to Cartagena.

**ENTERED** this 29th day of September, 2020.

_____
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE